IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| SAMUEL WILSON; and PENNY RUSSELL,<br><br>    Plaintiffs,<br><br>    v.<br><br>GLYNN COUNTY SCHOOL DISTRICT,<br><br>    Defendant. | CIVIL ACTION NO.: 2:18-cv-113 |

**O R D E R**

    This matter is before the Court on the parties' Joint Motion to stay Proceedings. Doc. 24. The parties state Plaintiff Wilson recently underwent surgery, and his doctors have not cleared him for any activity, including the sitting of his deposition. The parties also state Plaintiff Wilson's deposition had been scheduled to be taken prior to the current deadline and would have been taken but for his medical procedure. Id. at 1–2. The parties seek a stay in the proceedings of this case. After careful consideration and for good cause shown, the Court **GRANTS** the parties' Motion.

    THEREFORE, IT IS HEREBY **ORDERED** that the Rule 26 discovery deadlines and obligations in this case are **STAYED** up to and including May 31, 2019. The Court also **ORDERS** the parties to notify the Court of Plaintiff Wilson's status and whether his deposition has been scheduled on or before May 31, 2019.

    **SO ORDERED**, this 24th day of April, 2019.

                                                                 _____
                                                                BENJAMIN W. CHEESBRO
                                                                UNITED STATES MAGISTRATE JUDGE
                                                                SOUTHERN DISTRICT OF GEORGIA